# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## (SAN FRANCISCO DIVISION)

| In re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation | MDL No. 1699<br>District Judge: Charles R. Breyer<br>Magistrate: |
|---|---|
| FRANKLIN WOLFE, individually,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER, INC., PHARMACIA CORP., and G.D. SEARLE & CO.,<br><br>Defendants. | Case No.: 07-cv-0057-CRB<br><br>**NOTICE OF DISMISSAL** |

**STIPULATION AND PROPOSED ORDER OF DISMISSAL WITHOUT PREJUDICE**

Comes now the Plaintiff and Defendants, by and through their undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.

Should Plaintiff or a representative of Plaintiff attempt to re-file claim against Defendants, they shall do so only by re-filing in the United States District Court, Northern District of California, MDL 1699 In re Bextra and Celebrex Marketing and Sales Practices and Product Liability Litigation.

/////

/////

/////

/////

Dated: April 25, 2008

By: /s/ Stuart M. Gordon

Stuart M. Gordon, Esq.
CA Bar No.: 37477
Gordon & Reese
275 Battery Street, Ste. 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 262-3801

Attorney for the Defendants

Respectfully submitted.

By: /s/

B. Kristian W. Rasmussen, Esq.
FL Bar No. 0229430
Cory Watson Crowder & DeGaris, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
205-328-2200 (office)
205-324-7896 (facsimile)

Attorneys for Plaintiff

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER having come before this Court on the Parties Stipulation of Dismissal, pursuant to Federal Rule of Civil Procedure 41(a), it is hereby ORDERED AND ADJUDGED:

This matter is dismissed without prejudice with each side bearing its own attorneys' fees and costs.

DONE AND ORDERED this 8th day of May, 2008, in San Francisco, California.

/s/ Charles R. Breyer
CHARLES R. BREYER
United States District Judge

Conformed copies to:
B. Kristian W. Rasmussen, Esquire
Stuart M. Gordon, Esquire